**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **No.  EP:26-MJ-02585(4)-LE** |
| | § | |
| **IRVIN ALONSO GUZMAN-LUNA** | § | |

## ORDER

On this day, the Court considered Defendant Irvin Alonso Guzman-Luna's Expedited

Motion for Nunc Pro Tunc Clarification of Mandatory Rule 5.1(f) Discharge. After considering the

Motion, the Court concludes that it should be granted.

Accordingly, the Court **GRANTS** Defendant's Motion and **ORDERS** that its June 24, 2026

preliminary-hearing order (ECF No. 32) is clarified *nunc pro tunc* as follows:

"**IT IS THEREFORE ORDERED** that Charge 2 of the Complaint filed against Defendant

Irvin Alonso Guzman-Luna shall be, and is hereby, **DISMISSED**, and Defendant shall be

**DISCHARGED** under Federal Rule of Criminal Procedure 5.1(f)."

**SIGNED** on _____, 2026.

_____
**LAURA ENRIQUEZ**
**UNITED STATES MAGISTRATE JUDGE**